IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAUREEN CASSIDY, | CASE NO. 5:13-cv-01873 EJD |
| Plaintiff(s), | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| CAROLYN W. COLVIN, Commissioner of the Social Security Administration, | |
| Defendant(s). | |

Having reviewed the response filed October 14, 2013 (see Docket Item No. 8) and in light of the proof of service submitted by Plaintiff, the court finds that Plaintiff has demonstrated sufficient good cause as required. Accordingly, the Order to Show Cause issued October 4, 2013, is DISCHARGED.

**IT IS SO ORDERED.**

Dated: October 15, 2013


EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:13-cv-01378 EJD
ORDER DISCHARGING ORDER TO SHOW CAUSE