1  MELINDA L. HAAG
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS, CSBN 189450
4  Special Assistant United States Attorney

5      160 Spear Street, Suite 160
       San Francisco, California 94105
6      Telephone:  (415) 977-8938
       Facsimile:  (415) 744-0134
7      E-Mail: Theophous.Reagans@ssa.gov

   Attorneys for Defendant

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  MAUREEN CASSIDY,              )
                                  )      CIVIL NO. CV 13-01873-BLF
12          Plaintiff,            )
                                  )
13              v.                )      STIPULATION FOR EXTENSION
                                  )
14  CAROLYN W. COLVIN,            )
    Acting Commissioner of        )
15  Social Security,              )
                                  )
16          Defendant.            )
    _____)

17

18      The parties, through their respective counsel, stipulate that the time for Defendant to respond to

19  Plaintiff's Opening Brief be extended until June 28, 2014.  The Commissioner's response was due April

20  21, 2014.  Due to illness and absence from the office, Counsel for the Commissioner inadvertently failed

21  to properly calendar the due date.  Counsel has a substantial backlog of cases and requests additional

22  time to complete a review of this matter and to prepare a responsive pleading.  Counsel makes this

23  request in good faith and apologizes to the Court for the delay.  All other dates in the Court's Scheduling

24  Order are extended accordingly.

    ///

25  ///

26

Date: April 29, 2014

*Linda S. Ziskin*
(Authorized via telephone)
LINDA S. ZISKIN
Attorney for Plaintiff

Date: April 29, 2014

MELINDA L. HAAG
United States Attorney

*Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney

Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: April 30, 2014

Beth Labson Freeman
United States District Court Judge